THE STATE EX REL. TOLEDO HOSPITAL, APPELLEE, v. ADMR., OHIO BUREAU OF

 WORKERS’ COMPENSATION, ET AL., APPELLEES; KANARY, APPELLANT.

 [Cite as State ex rel. Toledo Hosp. v. Ohio Bur. of Workers’ Comp. (1998), ___

 Ohio St.3d ___.]

Workers’ compensation – Court of appeals’ judgment reversed and order of

 Industrial Commission reinstated.

 (No. 96-1656 – Submitted October 27, 1998 – Decided December 30, 1998.)

 APPEAL from the Court of Appeals for Franklin County, No. 95APD04-424.

 __________________

 Marshall & Melhorn and David L. O’Connell, for appellee Toledo Hospital.

 Betty D. Montgomery, Attorney General, and Reeve W. Kelsey, Assistant

Attorney General, for appellees Adminstrator, Bureau of Workers’ Compensation,

and Industrial Commission.

 Dorothy B. McCrory & Associates, Christopher S. Clark and Kurt M.

Young, for appellant John E. Kanary.

 __________________

 The judgment of the court of appeals is reversed, and the order of the

Industrial Commission is reinstated.

 DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

 MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

 __________________

 LUNDBERG STRATTON, J., dissenting. Because I would affirm the

judgment of the court of appeals, I respectfully dissent.

 MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.